AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Jamal Moore <br><br> *Plaintiff(s)* <br> v. <br> P.O. Bryan Cullen, Shield #28302, P.O Ajuba Granville, "John Doe 1-2" from the 73rd Precinct <br><br> *Defendant(s)* | Civil Action No.  1:14-cv-6534 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  P.O. Bryan Cullen            P.O. Ajuba Granville
　　　　　　　　　　　　　　　　　 73rd Precinct                CSU
　　　　　　　　　　　　　　　　　 1470 East NY Avenue          150-14 Jamaica Avenue
　　　　　　　　　　　　　　　　　 Brooklyn, NY 11212           Queens, NY 11432

　　　　A lawsuit has been filed against you.

　　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　　Cary London, Esq.
　　　　　　　　　　　　　　　　　　　　　　　London Indusi LLP
　　　　　　　　　　　　　　　　　　　　　　　186 Joralemon Street, Suite 1202
　　　　　　　　　　　　　　　　　　　　　　　Brooklyn, NY 11201

　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



　　　　　　　　　　　　　　　　　　　　　　　　　　　DOUGLAS C. PALMER
　　　　　　　　　　　　　　　　　　　　　　　　　　　*CLERK OF COURT*

Date:  11/6/2014　　　　　　　　　　　　　　　　　　s/Kimberly Davis
　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*